**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TIMOTHY D. HIBBLER                                                PLAINTIFF

v.                                    4:18CV00704-SWW-JTK

ANSEL TERRY, et al.                                            DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case is DISMISSED without prejudice.    The relief sought is denied.

IT IS SO ADJUDGED this 29th day of November, 2018.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

-